United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINDERPAL K. GILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARRINGTON MORTGAGE SERVICES, INC., a business entity, form unknown; ATLANTIC & PACIFIC FORECLOSURE SERVICES, LLC; WELLS FARGO BANK, N.A., a business entity, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, form unknown and all persons claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-01617 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

　　　In this predatory-lending action, defendants properly noticed and filed a motion to dismiss on June 6, 2010, for a hearing to be held on July 22 (Dkt. No. 11). Plaintiff, who is represented by counsel, failed to file an opposition to the motion (or statement of non-opposition) by July 1 as required under Civil Local Rules 7-3(a) and (b) and the 35-day briefing schedule governing the motion. Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **NOON ON FRIDAY, JULY 9,** why this action should not be dismissed for failure to prosecute.

**United States District Court**
For the Northern District of California

Plaintiff and plaintiff's counsel are on notice that failure to respond by the stated deadline will result in the immediate dismissal of this action. The hearing on this motion scheduled for July 22 is **VACATED.**

**IT IS SO ORDERED.**

Dated: July 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE