United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINDERPAL K. GILL,<br><br>    Plaintiff,<br><br>  v.<br><br>CARRINGTON MORTGAGE SERVICES, INC., a business entity, form unknown; ATLANTIC & PACIFIC FORECLOSURE SERVICES, LLC; WELLS FARGO BANK, N.A., a business entity, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, form unknown and all persons claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>    Defendants.<br>                                                 / | No. C 10-01617 WHA<br><br>**ORDER DISMISSING CASE** |

      In this predatory-lending action, defendants properly noticed and filed a motion to dismiss on June 6, 2010, for a hearing to be held on July 22 (Dkt. No. 11). Plaintiff, who is represented by counsel, failed to file an opposition to the motion by July 1 as required under the Civil Local Rules. An order to show cause issued shortly thereafter, warning plaintiff that failure to respond to the order would lead to the immediate dismissal of the case for lack of prosecution (Dkt. No. 13). No response was filed by plaintiff.

Accordingly, since a fair opportunity was given to plaintiff to prosecute his case, and plaintiff was duly warned that dismissal was likely under FRCP 41(b) if he failed to respond, this case is hereby **DISMISSED**. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: July 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2